UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA,

v.                                                                  CRIMINAL ACTION NO. 5:20-cr-00032

ZACHARY MITCHEM.

**MEMORANDUM OPINION AND ORDER**

Pending is Defendant Zachary Mitchem's Letter-Form Motion for Early Termination of Supervised Release, filed December 15, 2025. [ECF 116].

**I.**

On November 5, 2021, following his guilty plea to Possession With Intent To Distribute Heroin and Methamphetamine, in violation of U.S.C. § 841(a)(1), Mr. Mitchem was sentenced to 48 months of imprisonment, followed by a three-year term of supervised release. [ECF 110]. Mr. Mitchem began serving his term of supervision on June 25, 2024. Mr. Mitchem now moves for early termination of his supervised release inasmuch as he has (1) complied with supervision, (2) maintained employment and sobriety, (3) obtained professional licenses, and (4) dedicated himself to substance use disorder recovery efforts. [*See* ECF 116].

Mr. Mitchem's Probation Officer notes he has: (1) maintained a positive and cooperative attitude while on supervision, (2) paid the special assessment, (3) submitted negative urine specimens, and (4) remained compliant with all other conditions of probation. Mr. Mitchem was also transferred to the low intensity supervision caseload given his consistent compliance. The

Probation Officer thus reports that Mr. Mitchem meets the criteria established by the Administrative Office of the United States Courts for early termination of supervised release. However, the Probation Officer suggests early termination is not yet appropriate inasmuch as Mr. Mitchem has only served 19 months of his 36-month term of supervised release. The Probation Officer recommends Mr. Mitchem complete at least two thirds of his term of supervision -- through June 2026 -- before being considered for early termination.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Mr. Mitchem's Probation Officer, the Court concludes that early termination of Mr. Mitchem's supervised release is not presently warranted. Mr. Mitchem has completed approximately 19 months of his 36-month term of supervised release without incident and has demonstrated his dedication to maintaining a law-abiding lifestyle. Nevertheless, the sentence imposed must reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, and allow for adequate rehabilitation. *See* 18 U.S.C. § 3553(a)(2). The Court is not yet persuaded these aims have been achieved. Moreover, by Mr. Mitchem's own admission, supervision has benefited him greatly. In his Letter-Form Motion, he expressed his "deepest gratitude . . . for the structure, accountability, and guidance that supervision has provided"

him. [ECF 116]. In light of the foregoing, the Court **FINDS** that early termination of Mr. Mitchem's supervised release is premature.

### III.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Mr. Mitchem's Letter-Form Motion. [ECF 116].

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: February 9, 2026

Frank W. Volk
Chief United States District Judge